UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMONE D. HERON, aka DAMONE DANTE HERON,<br><br>             Petitioner<br><br>vs.<br><br>IVAN D. CLAY,<br><br>             Respondent. | Case No. CV 08-0087-ABC(RC)<br><br><br>JUDGMENT |

    Pursuant to the Order of the Court adopting the findings, conclusions, and recommendations of United States Magistrate Judge Rosalyn M. Chapman,

    IT IS ADJUDGED that the petition for writ of habeas corpus is denied and the action is dismissed with prejudice.

DATE:  April 13, 2009

*/s/ Audrey B. Collins*

AUDREY B. COLLINS
CHIEF UNITED STATES DISTRICT JUDGE

R&R\08-0087.jud
3/13/09